IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,                      Civil Action No.

v.                                      1:14-CV-03421-AT

STEVEN E. SLAWSON,

      Defendant
_____

## NOTICE OF VOLUNTARY DISMISSAL

With the consent of the Defendant, Plaintiff United States Securities and Exchange Commission hereby voluntarily dismisses the complaint in this action with prejudice.

Dated:  September 16, 2016.

                                          Respectfully submitted,

                                          */s/ Joshua A. Mayes*
                                          Senior Trial Counsel
                                          Georgia Bar Number 143107
                                          U.S. Securities and Exchange Commission
                                          950 East Paces Ferry Road, N.E., Suite 900
                                          Atlanta, Georgia 30326-1234

(404) 842-7600
mayesj@sec.gov


*/s/ Stephen D. Councill*
Stephen D. Councill
Rogers & Hardin
2700 International Tower
229 Peachtree Street NE
Atlanta, GA 30303
404.420.4658

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record.

Dated:  September 16, 2016

                                              */s/ Joshua A. Mayes*
                                              Joshua A. Mayes